Memorandum Decisions.

Theodore Grippers, Appellant, vs. The James Cunningham Son and Company, a corporation under the laws of the State of Illinois, Appellee.

Appeal from Circuit Court, Hillsborough County; W. A. Carter, Referee.

*P. O. Knight,* for Appellant.

*Hugh C. Macfarlane, Thomas M. Shackelford, N. B. K. Pettingill* and *James F. Glen,* for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals. The decree is affirmed.

Decision Per Curiam.